# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** April 11, 2019

**CASE OF:** IN RE: AMENDMENTS TO THE RULES REGULATING THE
FLORIDA BAR - BIENNIAL PETITION

**DOCKET NO.:** SC18-1683          **OPINION FILED:** January 4, 2019

**ATTENTION:  ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

Page 13, line 4, under Bylaw 2-9.6, apostrophe's in "Robert's" and "bar's" are now curly.

Page 13, lines 2 and 5, under Bylaw 2-9.7, the apostrophe in "clients' " is now curly.

Page 17, subdivision (i) of rule 3-7.2, line 7, the apostrophe in "respondent's" is now curly.

Page 18, subdivision (l)(1) of rule 3-7.2, line 10, the apostrophe in "member's" is now curly.

Page 20, line 1, "(b)  Petitions; Forms and Contents" is now bold.

Page 25, title of subdivision (l) of rule 3-7.10, is now bold and in 14-point font.

Page 25, subdivision (l)(2) of rule 3-7.10, line 4, "Staff Counsel" has been struck-through and "staff counsel" has been added.

Page 31, line 1, a second space following the period before "The" has been added.

Page 31, line 7, a period after "S" in "U.S" has been added.

Page 54, subdivision (h) of rule 4-1.5, line 5, the apostrophe in "client's" is now curly.

Page 58, line 4 of the last paragraph, the space between "4-1.5" and "(e)" is now stricken.

Page 65, line 2, under "Definition of firm" heading, the apostrophe in "organization's" is now curly.

Page 68, the heading "Confidentiality" is now bold.

**SIGNED:  OPINION CLERK**
**The corrected hard copy will follow.**